Julia Kindga, as Administratrix of the Estate of Michael B. Kindga, Deceased, Respondent, *v.* Charles F. Noyes Co., Inc., Appellant.

(Argued June 10, 1932; decided July 19, 1932.)

522

*Stephen Callaghan* and *Alfred W. Andrews* for appellant.
*Joseph B. Kenny* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.